T. M. SPEECE v. STATE.

No. A-388.    Opinion Filed February 6, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

The appellant was convicted in the county court of Canadian county on a charge of selling intoxicating liquors, and he appeals. Affirmed.

J. M. Frame and Roberson & Roberson, for appellant.

PER CURIAM.    No error appearing in the record prejudicial to the rights of the appellant, the judgment of the court below is affirmed.

———————

JOHN ORNEL v. STATE.

No. A-367.    Opinion Filed February 6, 1911.

Appeal from Coal County Court; R. H. Wells, Judge.

The appellant, John Ornel, was convicted in the county court of Coal county, in August, 1909, on a charge of having unlawful possession of intoxicating liquors, and he appeals.    Affirmed.

Cutler, Trice & McInnis, for appellant.

PER CURIAM.    Upon a careful examination of the record in this case we find no errors prejudicial to the rights of the plaintiff in error.    The judgment of the lower court is therefore affirmed.